

**Speciali Cause**

☐ LODGED
RECEIVED ☐ COPY

AUG 1 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS _NOT_ IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIVL 54, 71(a)(1),(2),(3)_
(Rule Number/Section)

**district court of the united states**
**for the district of arizona**

CV-22-1397-PHX-GMS

| | |
|---|---|
| todd, ronnie ramael, *Moor beneficiary* | §      The United States of America |
| RAMAEL BLACKWELL EL TRUST | § **Original Equal Justice being rendered in Admiralty** |
| A Emperor, Admiral, Mariner, Merchant, Piloter | § **and Maritime Jurisdiction by Nature law of Nations** |
| a *private Moor aboriginal new yorker national,* | §      *Treaty of Marrakech 1786.* |
| *and Subject of the Al Maroc Shereefian Empire* | §       *ARTICLE XXI.,* |
| *Claimant/Libellant/Suitor* | §       *Treaty of Tunis 1824* |
| | §       *ARTICLE XII.* |
|   -v- | §   *1789 constitution for the united states* |
| *controversy/contravention* | §    *of america in congress assembled,* |
| | §     *Article III, §2§§1, Article VI* |
| *custodian(s) fiduciarie(s) libelee(s) privateer(s)* | §    the *Judiciary Act of 1789 1 stat 73* |
| | §   *§9, §11, §16, and §20,§22,§25,§26, §30,§32* |
| Ronnie Ramael Todd Estate et al., beneficiary | §       **Ships Manifest** |
| RONNIE RAMAEL TODD et al., | §      **Master Bill of Lading** |
| | §       Non-Negotiable |
| Ryan Ramael Todd Estate et al., beneficiary | § |
| RYAN RAMAEL TODD et al., | § |
| | §     **Special Cause to Proceed Ex Parte** |
| | §      ~~In Camera hearing~~ Complaint |
| | § To: snow, grant murray d/b/a GRANT M. SNOW |
| Not Named Graham Estate et al., beneficiary | § chief judge/acting as Master/Chancellor et al., |
| NOT NAMED GRAHAM et al., | § Restricted: *In Camera* |
| | § |
| Christine Ridley Estate et al., beneficiary | § To: lucas, debra d/b/a DEBRA LUCAS |
| CHRISTINE RIDLEY et al., | § special clerk of the court et al., |
| | § c/o **district court of the united states** |
| | § |
| Rooney Todd Estate et al., beneficiary | § |
| ROONEY TODD et al., | § |
| | § 401 W. Washington St., Suite 130, SPC 1 |
| Kenneth Shaun Todd Estate et al.., beneficiary | § Phoenix, Arizona near : [85003] |
| KENNETH SHAUN TODD et al., | § Restricted Registered Mail |
| | §     **Speciali Causa (Special Cause)** |
| graham, lace monique | §      **Private, Special, Privileged** |
| LACE MONIQUE GRAHAM et al., | §        **Confidential** |
| caretaker/custodian women bankrupt ship | §    **Excluding the Public and Press** |
| | § |
| Ramael Blackwell El Estate et al., beneficiary | §     **Special Term, without General** |
| RAMAEL BLACKWELL EL et al., | §     **without Statutes, without FRCP** |
| | §     **Federal Rules of Civil Procedure** |

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Lila Ramaya El Estate et al., beneficiary
LILA RAMAYA EL et al.,

Jerome Blackwell Estate et al., beneficiary
JEROME BLACKWELL et al.,


garland, merrick d/b/a
MERRICK GARLAND
attorney general et al.,
**United States Department of Justice**
HEIRS AND ASSIGNS


saul, andrew d/b/a
ANDREW SAUL
commissioner et al.,
**Social Security Administration**
HEIRS AND ASSIGNS


yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
**United States Department of the Treasury**
HEIRS AND ASSIGNS


blinken, antony d/b/a
ANTONY BLINKEN
secretary of state et al.,
**United States Department of State**
HEIRS AND ASSIGNS


haaland, debra anne
DEBRA ANNE HAALAND
secretary of the interior et al.,
**Department of the Interior**
HEIRS AND ASSIGNS


rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.,
**internal revenue**
HEIRS AND ASSIGNS


martin, donna d/b/a
DONNA MARTIN
provost marshal general et al.,
**United States Department of the Army**
HEIRS AND ASSIGNS

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

*"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."*

mayorkas, alejandro d/b/a
ALEJANDRO MAYORKAS
secretary of homeland security et al.,
**Department of Homeland Security**
HEIRS AND ASSIGNS

brnovich, mark d/b/a
MARK BRNOVICH
attorney general et al.,
**Arizona Attorney General**
HEIRS AND ASSIGNS

eisele, brett d/b/a
BRETT EISELE
central pinal justice court precinct 3 judge et al.,
**Central Pinal Justice Court Precinct 3**
HEIRS AND ASSIGNS

tingling, milton adair d/b/a
MILTON ADAIR TINGLING
new york county clerk/supreme court clerk et al.,
**New York County**
HEIRS AND ASSIGNS

james, letitia d/b/a
LETITIA JAMES
attorney general et al.,
**New York Attorney General**
HEIRS AND ASSIGNS

lundfelt, geoff d/b/a
GEOFF LUNDFELT
chief executive officer et al.,
**Alaska USA Federal Credit**
HEIRS AND ASSIGNS

kadisha, neil d/b/a
NEIL KADISHA
chief executive officer et al.,
**Omninet Capital, llc d/b/a**
**Omninet southwest d/b/a valencia park**
**apartments**
HEIRS AND ASSIGNS

brutinel, robert d/b/a
ROBERT BRUTINEL
chief justice of the supreme court et al.,
**Arizona Chief Justice**
HEIRS AND ASSIGNS

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

gooday, henry jr d/b/a §
HENRY GOODAY JR §
pinal county superior court judge et al., §
**Pinal County Superior Court** §
HEIRS AND ASSIGNS §
§
mitchell, chelsea d/b/a §
CHELSEA MITCHELL §
prosecutor/attorney et al., §
**PINAL COUNTY ATTORNEY'S OFFICE** §
HEIRS AND ASSIGNS §
§
mcdermott, thomas d/b/a §
THOMAS MCDERMOTT §
prosecutor/attorney et al., §
**PINAL COUNTY ATTORNEY'S OFFICE** §
HEIRS AND ASSIGNS §
§
lamb, mark d/b/a §
MARK LAMB §
pinal county sheriff et al., §
**PINAL COUNTY SHERIFF'S OFFICE** §
HEIRS AND ASSIGNS §
§
dejoy, louis d/b/a §
LOUIS DEJOY §
postmaster general et al., §
**UNITED STATES POST OFFICE** §
HEIRS AND ASSIGNS §
§
rosado, rossana d/b/a §
ROSSANA ROSADO §
new york secretary of state etal., §
**NEW YORK SECRETARY OF STATE** §
HEIRS AND ASSIGNS §
§
stringer, scott m. d/b/a §
SCOTT M. STRINGER §
new york city comptroller et al., §
**NYC COMPTROLLER'S OFFICE** §
HEIRS AND ASSIGNS §
§
dinapoli, thomas d/b/a §
THOMAS DINAPOLI §
new york state comptroller et al., §
**NEW YORK COMPTROLLER'S OFFICE** §
HEIRS AND ASSIGNS §
§

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

johnson, janet d/b/a
JANET JOHNSON
clerk of the arizona supreme court et al.,
**ARIZONA SUPREME COURT**
HEIRS AND ASSIGNS

ward, jasmine k.
JASMINE K. WARD et al.,
caretaker/custodian a women bankrupt ship

padilla, rebecca d/b/a
REBECCA PADILLA
clerk of the pinal county superior court et al.,
**PINAL COUNTY SUPERIOR COURT**
HEIRS AND ASSIGNS

snow, grant murray d/b/a
GRANT MURRAY SNOW
chief judge of the district court of the
united states et al.,
DISTRICT COURT OF THE UNITED STATES
HEIRS AND ASSIGNS

lucas, debra d/b/a
DEBRA LUCAS
clerk of the district court of the united states
et al.,
DISTRICT COURT OF THE UNITED STATES
HEIRS AND ASSIGNS

driggs, leonore d/b/a LEONORE DRIGGS
arcadia biltmore justice court judge et al.,
ARCADIA BILTMORE JUSTICE COURT
HEIRS AND ASSIGNS

hull, andrew m. d/b/a ANDREW M. HULL
#004153, holliday, denise d/b/a DENISE
HOLLIDAY #017275 holliday, kevin d/b/a
KEVIN HOLLIDAY #017276 schlaback,
matthew r. d/b/a MATTHEW SCHLABACH
#034118 attorneys/next of friend et al.,
HULL,HOLLIDAY & HOLLIDAY P.L.C.
ATTORNEYS AT LAW
HEIRS AND ASSIGNS

richer,stephen d/b/a STEPHEN RICHER
maricopa county recorder et al.,
Maricopa County Recorder Office
HEIRS AND ASSIGNS

williams, jeri.l d/b/a JERI L. WILLIAMS

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

chief police of phoenix police department et al.,                  §
Phoenix Police Department Headquarter                              §
HEIRS AND ASSIGNS                                                  §
                                                                   §
willer, blake d/b/a BLAKE WILLER                                   §
Badge # 10328 police officer et al.,                               §
Desert Horizon Precinct                                            §
HEIRS AND ASSIGNS                                                  §
                                                                   §
altneu, matthew d/b/a MATTHEW ALTNEU                               §
Badge # 11073 police officer et al.,                               §
Desert Horizon Precinct                                            §
HEIRS AND ASSIGNS                                                  §
                                                                   §
roscoe, douglas anthony jr d/b/a DOUGLAS A.                        §
ROSCOE JR d/b/a DOUG DUCEY                                         §
arizona governor et al.,                                           §
Office of the Arizona Governor                                     §
HEIRS AND ASSIGNS                                                  §
                                                                   §
penzone paul d/b/a PAUL PENZONE                                    §
maricopa county sheriff et al.,                                    §
Maricopa County Sheriff's Office                                   §
HEIRS AND ASSIGNS                                                  §
                                                                   §
drakulich, gene d/b/a GENE DRAKULICH                               §
reno municipal court judge et al.,                                 §
Reno Municipal Court                                               §
HEIRS AND ASSIGNS                                                  §
                                                                   §
cheuvront, ken d/b/a KEN CHEUVRONT                                 §
justice court judge et al.,                                        §
Maricopa County Justice Court                                      §
HEIRS AND ASSIGNS                                                  §
                                                                   §
roberts, ann d/b/a ANN ROBERTS                                     §
prosecutor et al.,                                                 §
Cochise County Justice Court                                       §
HEIRS AND ASSIGNS                                                  §
                                                                   §
staggs, bruce d/b/a BRUCE STAGGS,                                  §
justice court judge et al.,                                        §
Cochise County Justice Court                                       §
HEIRS AND ASSIGNS                                                  §
                                                                   §
johnson, lisa muth d/b/a LISA JOHNSON                              §
mesa municipal court judge et al.,                                 §
Mesa Municipal Court                                               §
HEIRS AND ASSIGNS                                                  §
                                                                   §
riggs, tammy d/b/a TAMMY RIGGS                                     §

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

reno municipal court judge et al.,　§
Reno Municipal Court　§
HEIRS AND ASSIGNS　§
　§
oneill, shelly d/b/a SHELLY ONEILL　§
reno municipal court judge et al.,　§
Reno Municipal Court　§
HEIRS AND ASSIGNS　§
　§
mccarthy, barbara d/b/a BARBARA MCCARTHY
municipal court judge et al.,　§
Sparks Municipal Court　§
HEIRS AND ASSIGNS　§
　§
ray, jordan d/b/a JORDAN RAY　§
(highland) justice court judge et al.,　§
Maricopa County Justice Court　§
HEIRS AND ASSIGNS　§
　§
watts, donald d/b/a DONALD WATTS　§
manistee justice court judge et al.,　§
Maricopa County Justice Court　§
HEIRS AND ASSIGNS　§
　§
begay, deborah d/b/a DEBORAH BEGAY　§
moon valley justice court judge et al.,　§
Maricopa County Justice Court　§
HEIRS AND ASSIGNS　§
　§
cook,eddie d/b/a EDDIE COOK　§
maricopa county tax assessor et al.,　§
Maricopa County Assessor's Office　§
HEIRS AND ASSIGNS　§
　§
haymore, brent a d/b/a BRENT A HAYMORE　§
benson police officer et al.,　§
Benson Police Department　§
HEIRS AND ASSIGNS　§
　§
Joseph Attaway Estate et al beneficiary　§
JOSEPH ATTAWAY inmate #7288097　§
　§
Terrence Johnson Estate et al., beneficiary　§
TERRENCE JOHNSON inmate#72385054　§
　§
roark, patricia d/b/a PATRICIA ROARK　§
vice president et al.,　§
DUNLAP & MAGEE/LA TERRAZA APARTMENTS
HEIRS AND ASSIGNS　§
　§
Co'Landa Marie Duerson Estate et al. beneficiary §

CO'LANDA MARIE DUERSON et al., §
§
Carmel Lola Duerson Estate et al., beneficiary §
CARMEL LOLA DUERSON et al., §
§
Chrystiana Myea Duerson Estate et al., beneficiary §
CHRYSTIANA MYEA DUERSON et al., §
§
Land Ramari El Estate et al., beneficiary §
LAND RAMARI EL et al., §
§
fuentes lomeli, leslie d/b/a §
LESLIE FUENTES LOMELI badge #11528 §
phoenix police officer/privateer et al., §
Mountain View Precinct §
Heirs and Assigns §
§
johnson, tanner d/b/a TANNER JOHNSON §
badge #10563 phoenix police/privateer et al., §
Mountain View Precinct §
Heirs and Assigns §
§
narbaez, roman d/b/a ROMAN NARBAEZ §
badge #8988 phoenix police/privateer et al., §
Mountain View Precinct §
Heirs and Assigns §

===================================================================

## *Claimant(s)*

todd, ronnie ramael Moor beneficiary a Emperor, a Merchant, Admiral, Piloter, Seaman, Mariner, Shereef
RAMAEL BLACKWELL EL TRUST
*in Propria Persona Sui Juris, majoris aetatis suae*
c/o 5333 E. Thomas Road suite 105
Phoenix, Ali sonak (Arizona) RFD
ramaelel17@gmail.com

## *libelee(s)*

eisele, brett d/b/a
BRETT EISELE
central pinal justice court precinct 3 et al.,
119 W. Central
Coolidge Arizona Near.[85128]

mayorkas, alejandra d/b/a
ALEJANDRA MAYORKAS
secretary of homeland security et al.,
245 Murray Lane SW
Washington, District of Columbia Near.[20528]

blinken, antony d/b/a
ANTONY BLINKEN
secretary of state et al.,
2201 C Street, NW
Washington, District of Columbia Near.[20520]

saul, andrew d/b/a
ANDREW SAUL
commissioner of social security et al.,
6401 Security Blvd
Baltimore, Maryland Near.[20528]

tingling, milton adair d/b/a

martin, donna w.

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

MILTON ADAIR TINGLING
new york county clerk/ clerk of supreme
court et al.,
60 Centre Street Rm 161
New York, New York Near.[10007]

haaland, debra d/b/a
DEBRA HAALAND
secretary of the interior et al.,
1841 C Street, NW
Washington, District of Columbia Near.[20240]

gooday, henry jr d/b/a
HENRY GOODAY JR
pinal county superior court judge et.,
971 N. Jason Lopez Cir Building A
Florence Arizona Near. [85132]

brutinel, robert d/b/a
ROBERT BRUTINEL
arizona supreme court justice et al.,
1501 W. Washington St. #411
Phoenix, Arizona Near. [85007]

james, letitia d/b/a
LETITIA JAMES
new york attorney general et al.,
120 Broadway
New York, New York Near. [10271]

dejoy, louis d/b/a
LOUIS DEJOY
postmaster general et al.,
475 L'Enfant Plaza SW
Washington, District of Columbia Near.[20260]

garland, merrick d/b/a
MERRICK GARLAND
attorney general of the united states et al.,
950 Pennsylvania Ave, NW
Washington, District of Columbia Near.[20530]

mcdermott, thomas d/b/a
THOMAS MCDERMOTT
prosecutor/attorney et al.,
30 N. Florence Street Building D
Florence Arizona Near.[85132]

padilla, rebecca d/b/a

DONNA W. MARTIN
provost marshal general et al.,
Department of the Army
2800 Army Pentagon
Washington, District of Columbia Near.[20310]

brnovich, mark d/b/a
MARK BRNOVICH
arizona attorney general et al.,
2005 N Central Ave
Phoenix, Arizona Near. [85004]

lundfelt, geoff d/b/a
GEOFF LUNDFELT
ceo of alaska usa federal credit union et al.,
500 W. 36th Ave Suite 300
Anchorage, Alaska Near. [99503]

rettig, charles d/b/a
CHARLES RETTIG
commissioner of internal revenue et al.,
1111 Constitution Avenue
Washington, District of Columbia Near.[20224]

kadisha, neil d/b/a
NEIL KADISHA
ceo of omninet capital llc et al.,
5420 Wilshire Blvd, 4th Fl
Beverly Hills, California Near.[90212]

yellen, janet d/b/a
JANET YELLEN
secretary of the treasury et al.,
1500 Pennsylvania Ave, NW
Washington, District of Columbia Near.[20220]

mitchell, chelsea d/b/a
CHELSEA MITCHELL
prosecutor/attorney et al.,
30 N. Florence Street Building D
Florence Arizona Near.[85132]

lamb, mark d/b/a
MARK LAMB
pinal county sheriff et al.,
971 N Jason Lopez Circle Building C
Florence Arizona Near.[85132]

rosado, rossana d/b/a

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

REBECCA PADILLA
clerk of the pinal county superior court et al.,
971 N. Jason Lopez Cir Building A
Florence, Arizona Near. [85132]

dinapoli, thomas d/b/a
THOMAS DINAPOLI
new york city comptroller et al.,
110 State Street
New York, New York Near.[12207]

johnson, janet d/b/a
JANET JOHNSON
clerk of arizona supreme court et al.,
1501 W. washington street #411
Phoenix, Arizona Near. [85007]

snow, grant murray d/b/a
GRANT MURRAY SNOW
chief judge of the district court of the united states et al.,
401 w. washington st. suite 622 spc-80
Phoenix, Arizona Near. [85003]

graham, lace monique d/b/a
LACE MONIQUE GRAHAM
caretaker/custodian
3140 E Michigan Ave
Phoenix, Arizona Near. [85032]
or
510 N. Alma School rd. unit 245
Phoenix, Arizona Near: [85201]

driggs, leonore d/b/a LEONORE DRIGGS
arcadia biltmore justice court judge et al.,
Arcadia Biltmore Justice Court
620 Jackson Street Rm 500
Phoenix, Arizona Near. [85003]

willer, blake d/b/a BLAKE WILLER
badge # 10328, police officer et al.,
16030 N. 56th Street,
Phoenix, Arizona Near [85254]

roscoe, douglas anthony jr d/b/a DOUG DUCEY
arizona governor et al.,
1700 W Washington St,
Phoenix, Arizona Near:[85007]

penzone, paul d/b/a PAUL PENZONE

ROSSANA ROSADO
new york secretary of state et al.,
99 Washington Ave
Albany, New York Near. [12231]

stringer, scott m. d/b/a
SCOTT M. STRINGER
new york city comptroller et al.,
1 Centre Street #30
New York, New York Near.[10007]

ward, jasmine k. d/b/a
JASMINE K. WARD
74 Warburton Ave #4b
Yonkers, New York Near.[10701]

lucas, debra d/b/a
DEBRA LUCAS
clerk of the district court of the united states et al.,
401 w. washington st. suite 130 spc-1
Phoenix, Arizona Near. [85003]

holliday, kevin d/b/a KEVIN HOLLIDAY
#017276 attorney/next of friend et al.,
7000 N. 16th st, suite 120-#484
Phoenix, Arizona Near: [85020]

williams, jeri.l d/b/a JERI L. WILLIAMS
chief police of phoenix police department et al.,
620 W Washington St, Phoenix, Arizona [85003]

richer, stephen d/b/a STEPHEN RICHER
maricopa county recorder et al.,
111 S. Third ave
Phoenix, Arizona near;[85003]

altneu, matthew d/b/a MATTHEW ALTNEU
badge #11073 police officer et al.,
16030 N. 56th Street,
Phoenix, Arizona Near [85254]

cheuvront, ken d/b/a KEN CHEUVRONT
encanto justice court judge et al.,
620 Jackson Street
Phoenix, Arizona Near. [85003]

drakulich, gene d/b/a GENE DRAKULICH

maricopa county sheriff et al.,
550 W Jackson St,
Phoenix, Arizona Near [85003]

reno municipal court judge et al.,
1 South Sierra St.
Reno, Nevada Near: [89501]

roberts, ann d/b/a ANN ROBERTS
prosecutor et al.,
126 W 5th St #1,
Benson, Arizona Near: [85602]

staggs, bruce d/b/a BRUCE STAGGS,
justice court judge et al.,
126 W 5th St #1,
Benson, Arizona Near: [85602]

johnson, lisa muth d/b/a LISA JOHNSON
mesa municipal court judge et al.,
250 E 1st Ave
Mesa, Arizona Near: [85210]

riggs, tammy d/b/a TAMMY RIGGS
reno municipal court judge et al.,
1 S Sierra St
Reno, Nevada Near: [89501]

o'neill, shelly d/b/a SHELLY O'NEILL
reno municipal court judge et al.,
1 S Sierra St
Reno, Nevada Near: [89501]

mccarthy, barbara d/b/a BARBARA MCCARTHY
municipal court judge et al.,
1450 C St.
Sparks, Nevada Near:[89431]

ray, jordan d/b/a JORDAN RAY
(highland) justice court judge et al.,
55 E Civic Center Dr #55,
Gilbert, Arizona Near: [85296]

watts, donald d/b/a DONALD WATTS
manistee justice court judge et al.,
14264 W. Tierra Buena Lane
Surprise, Arizona Near: [85374]

begay, deborah d/b/a DEBORAH BEGAY
moon valley justice court judge et al.,
18380 N. 40th Street
Phoenix, Arizona Near: [85032]

cook,eddie d/b/a EDDIE COOK
maricopa county tax assessor et al.,
301 W Jefferson St Suite 330,
Phoenix, Arizona Near: [85003]

haymore, brent a d/b/a BRENT A HAYMORE
benson police officer et al.,
360 Gila St,
Benson, Arizona Near: [85602]

fuentes, lomeli, leslie d/b/a LESLIE FUENTES LOMELI
phoenix police officer/privateer et al.,
2075 E Maryland Ave
Phoenix, Arizona Near [85016]

johnson, tanner d/b/a TANNER JOHNSON
phoenix police officer/privateer et al.,
2075 E Maryland Ave
Phoenix, Arizona Near [85016]

narbaez, roman d/b/a ROMAN NARBAEZ
phoenix detective/privateer et al.,
2075 E Maryland Ave
Phoenix, Arizona Near [85016]

---

## Parties

The claimant/suitor/libellant and "your orator" todd, ronnie ramael," is a private People called Moor americas aboriginal new yorker national, a Noble, A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*, *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)"* ingressed in arizona. the defendant Ronnie Ramael Todd a registered organization name New York county, New York is a decedent's legal estate ("Estate") The City of New York Certificate of Birth # 156-85-132599(R003806614) whose principal office is located at 60 Centre

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Street Rm 161, New York, New York, in care of tingling, milton adair d/b/a MILTON ADAIR TINGLING, new york county clerk/recorder of deeds/privateer et al.

## Premises

The claimant/suitor/libellant's core private rights were MISTAKENLY sacrificed by his mother and father at his birth. without being fully availed and acknowledged of his equitable maritime defenses. The claimant/suitor/libellant's has tendered all consideration; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said New York registered organization decedent's legal estate person through letters of marque/reprisal. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings **"Acts of War"** by privateers of the united states for the district of columbia masquerading as Citizens of the united states of north america which are inconsistent with the private maritime treaty protections of the *Treaty of Marrakech 1787/1836 ARTICLE II, XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america Art 1 section 8 clause 10 and clause 17,* under the rules of Chancery due and owing to the claimant/suitor/libellant by way of his **special and particular political status** and equitable maritime rights to the same said Estate, that were intended for your orator, as the sole exclusive heir and beneficiary, by maxims of equity *"only God can create an heir," "the heir and his ancestor are one and the same people,"* and *"Equity regards the beneficiary as the true owner."* Your orator appears *in personam only for assaults and beatings on the High Seas and elsewhere*, without an administrator, a personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an heir to the maritime treaties and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Your Servitude would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equal justice being rendered in the original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good faith and by his own reasonable diligence. Your orator is in *personam sui juris,* now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to do. *"Equity aids the vigilant, not those who slumber on their rights," and "Equity imputes an intent to fulfill an obligation."*

Each named libelee/privateer/pirate was appointed "in fact" by oath/affirmation and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your servitude as faithful servant that he has called upon each defendant/libelee to either Affirm or Deny the trust; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable maritime assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as a People called Moor *heir/beneficiary A Noble,* A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, Mariner, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, sea ports, ports of lading, convoys Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said defendant/libelee(s) have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as

administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator desires that the libelee(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking his bill for confession, the failure of the libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. *Qui tacet, cum loqui detet, consentire videtur* (He who is silent, though he had foreseen them, seems to agree.)

*"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it be through your faithful servitude as a good and faithful servant, that the said libelee(s)privateer(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the admiralty and maritime premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendants/libelee(s), are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of your orator in the premises.

## Statement of Jurisdiction

This is a suit in original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations arising within the *Treaty of 1787 Marrakech ARTICLE II, XXI.*; 1781 *Articles of Confederation Article VI, IX, XXII, XXIII* ; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3, Article 1 section 8 clause 10 and clause 17;* the *Judiciary Act of 1789 1 stat 73 §9,§11* and *§16, and §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.,* the rights of your orator, as a private People called Moor americas aboriginal manahatan (new yorker) national A Emperor, A Noble, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, convoys, sea ports, ports of lading, Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,* are of those classes which said maritime treaties, constitution, and act, either confers or has taken under their protection, without such obligation, your orator's rights are in jeopardy of being destroyed and slandered beyond repaired, where no adequate remedy for their enforcement is provided by the forms of letters of marque/reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity in admiralty vested by said maritime treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has jurisdiction and the claimant/suitor/libellant does hereby grant all subject matter jurisdiction to this court, under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations, and this court also have original and exclusive jurisdiction when it comes to matters *dealing with two or more states to all Cases affecting Ambassadors, other public ministers and Consuls;-to all Cases of admiralty and maritime*

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*Jurisdiction;-to Controversies to which the United States shall be a Party conferred* by *Treaty of 1787 Marrakech ARTICLE II, XXI.*; 1781 *Articles of Confederation Article VI, IX, XXII, XXIII* ; *1789 constitution for the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11* and *§16, §20,§22,§25,§26, §30,§32;;* and the *Treaty of Tunis 1824 ARTICLE XII.,* to the exclusion of all other quasi-in rem colorable admiralty and maritime modes and letters of marque/reprisal **"Acts of War"** proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equal justice being rendered in admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. *Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:*

### Statement of the Cause 1

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor, americas aboriginal manahatan (new yorker) national, and Subject of the Al Maroc Shereefian Empire, *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)."* Your orator's core private rights (privatum) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust who are Privateers/Pirates masquerading as Citizens of the united states of north america, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against claimant in a very *unbecoming* hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured condemed vessels and vassels lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas and elsewhere to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions.shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s)/privateers have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant(s) core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide by letters of marque/reprisal.It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity in admiralty and maritime by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled, to mistakenly sacrifice my right to self determination as a private People called Moor, americas aboriginal manahatan (new yorker) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef, a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise, convoys, sea ports, ports of lading Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereeflan Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moor. *"Equity aids the vigilant, not those who slumber on their rights"*

### FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.

### LAWS REMAINING IN FORCE.

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, the principles of equity and admiralty, all general acts of Congress not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

### Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal new yorker national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy),"* your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships,* or *the united states of america in congress assembled* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to *"substantive due process of war"* and equal Justice being rendered in the admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of marque/reprisal "Acts of War "proceeding under any mode other than the original equal justice being rendered in admiralty and maritime jurisdiction by nature, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled,* or *the united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an *"ipso jure"* Moor Subject of the *Al Maroc Shereefian Empire*. Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact," a private People called Moor, americas aboriginal manahatan (new yorker) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire*, *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy)"* and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation.** *"Equity aids the vigilant, not those who slumber on their rights."*

## The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes* where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury."*Equity Imputes an intent to fulfill an obligation"*

## Statement of the Cause

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from of all liabilities of the defendant Ronnie Ramael Todd a registered organization name trust vessel in New York county, New York is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate (vessel), and all

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wives and minor offspring, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to *"substantive due process of war"* and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by libelee(s) in libel beyond repair. *"Equity abhors a forfeiture."*

## Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA" *These rules do not apply to prize proceedings in admiralty,* Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored"** Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled,* or the powers granted to the Committee of States, in the *Articles of Confederation,* while in the recess of congress, a conflict and variance arises. *"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."* Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of marque/reprisal proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873.* Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal. The claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter,

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

the registered organization name Ronnie Ramael Todd trust vessel, in relation to the claimant/, as a **"ipso jure"** Moor Subject. It is **only under legal compulsion** that the claimant/suitor/libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *Articles of Confederation ARTICLE XII; Treaty of 1787 Marrakech ARTICLE II, XXI; 1789 constitution* of the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17 ;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11 and §16, §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912**

   *This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights. "He who comes into equity must come with clean hands"*

### Statement of the Cause

   The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against/libelee(s)/privateers seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon your orators inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

   Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a private People called Moor A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime jurisdiction by this district court, your orator may be subject to unjust and irreparable harm and destruction in contravention of his maritime treaty protected rights and property.

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

## Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s)libelee(s)/privateers and the claimant/suitor/libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the defendant/trustee(s)libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The claimant/suitor/libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s)/libelee(s)privateers have handled the estate of the claimant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the claimant/suitor/libellant has an interest, and to pay over whatever may be due or belong to him. *"A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted."*

The claimant/suitor/libellant has through his inherent power of appointment, appointed each defendant/libelee(s)privateers, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each defendant/libelee(s). To be held in private by said defendant(s)/libelee(s)/privateers for the private enjoyment, use, possession, and benefit of the claimant. Each defendant/libelee(s)/privateers was noticed of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant has an interest; to pay over whatever may be due or belong to him, or the balance due claimant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the claimant went, or should have gone, into the possession, or under the control, of the defendant/libelee(s)/privateers, giving items, dates, values, and circumstances. The defendant/libelee(s)/privateers has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due claimant on a fair accounting; that claimant refused to accept it in any respect, and so notified the defendant/libelee/privateer; Your orator requires for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant/suitor/libellant has any sureties bound for his good conduct, they should be made defendant(s)/libelee(s)/privateers, and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached. *"One who seeks equity must do equity."*

## Statement of the Cause

The primary subject matter issue of the claimant's/ libellant's speciali causa (special cause) is for the full restoration against the destruction of maritime rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including

maritime/mercantile treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. todd, ryan ramael, an infant, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable Maritime defenses. todd, ryan ramael as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said New York registered organization trust vessel, RYAN RAMAEL TODD, decedent's legal estate person. todd, ryan ramael Moor grantee, cestui que heir has been subjected to a Legal mode of colorable admiralty maritime letters of Marque/Reprisal Proceedings without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE II, XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution* of the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17*, under the rules of Chancery which he is are entitled to, by way of his special and particular political status and equitable maritime Treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same people," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, parens patriae, and next friend, for todd, ryan ramael, Moor beneficiary of the registered organization names RYAN RAMAEL TODD and RYAN TODD. I gave him his name and vessel. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over todd, ryan ramael registered organization names RYAN RAMAEL TODD and RYAN TODD. I DECLARE, I am his Moor Father grantee/grantor/guardian, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

Your Orator also calls into question the intentions of the named Defendant/libelee ward, jasmine k d/b/a JASMINE K. WARD who is a person under legal disability, a women a bankrupt ship lost at sea, who is represented by a NEXT OF FRIEND *"Equity does not aid the volunteer"*. I todd, ronnie ramael Moor/grantee/grantor/guardian/Captain/Seaman, Commander, Father Owner of todd, ryan ramael, Moor beneficiary of the registered organization names RYAN RAMAEL TODD and RYAN TODD appointed People bound by oath to be Persons Worthy of Trust for the well-being of his persons or his property in good reason and good conscience having been bound to do, for this reason this court is given Maritime by nature jurisdiction over the persons and estates of minors, under legal disability. For I todd, ronnie ramael a private people called Moor/grantee/grantor/guardian/father/commander/captain/emperor/merchant who has attained the age of majority in personam **"Always"** Who is *Sui Juris* I am the father, parens patriae, and next friend, for todd, ryan ramael, Moor beneficiary of the registered organization trust vessel names RYAN RAMAEL TODD and RYAN TODD. I gave him his name. I redeem him and have a just right to claim him (propria vigore) on my own authority, he is mine. He is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heirs/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over todd, ryan ramael registered organization names RYAN RAMAEL TODD and RYAN TODD. I DECLARE, I am his Moor grantee/grantor/guardian/father/seaman, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

If anyone DENIES, I DEMAND they:

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Show "good" cause why I "do not" hold superior equitable maritime or legal title to todd, ryan ramael, beneficiary of the registered organization names RYAN RAMAEL TODD, and RYAN TODD vessels, and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of todd, ryan ramael, beneficiary of the registered organization names RYAN RAMAEL TODD and RYAN TODD estate is "not" absolute void, and as a private people called Moor grantee/grantor/beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to his estate.

- Show "good" cause why I "cannot" have todd, ryan ramael, beneficiary of the registered organization names RYAN RAMAEL TODD and RYAN TODD estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

## Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which she has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. el, lila ramaya , an infant, core private rights was NOT MISTAKENLY sacrificed by her mother and father at her birth, without her being fully availed and acknowledged of her equitable defenses. el, lila ramaya as an "implied" maritime surety, has been imputed a serious liability for her father being denied the ability to self determine identity of her said race/nationality and name and his rights as a father at the moment she was begotten therefore it being implied she was called on for the indemnity or satisfaction of the debts without previously being bound in writing of the said Arizona registered organization, NOT NAMED GRAHAM, decedent's legal estate person. el, lila ramaya Mooress grantee, cestui que heir has been subjected to a Legal mode of Reprisal Proceedings though colorable admiralty and maritime jurisdiction without the private treaty protections of the Treaty of Marrakech 1787 ARTICLE XXI, the Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis 1797 ARTICLE XVIII., and the Treaty of Tunis 1824 ARTICLE XII., as well as, the *1789 constitution* of the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3 and §3, Article 1 section 8 clause 10 and clause 17*, under the rules of Chancery which he is entitled to, by way of his special and particular political status and equitable maritime treaty rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "only God can create an heir," "the heir and his ancestor are one and the same person," and "Equity regards the beneficiary as the true owner." I walk in the shoes of my ancestors, and as heir and beneficiary. I am the father, parens patriae, and next friend, for el, lila ramaya, beneficiary of the registered organization trust vessel named NOT NAMED GRAHAM, LILA RAMAYA EL. I gave that name to her. I redeem her and have a just right to claim her (propria vigore) on my own authority, she is mine. She is born through promise. She is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over el, lila ramaya registered organization names NOT NAMED GRAHAM, LILA RAMAYA EL. I DECLARE, I am her Moor grantee/grantor/guardian/captain/emperor/commander, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/vassals/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

Your Orator also calls into question the intentions of the named libelee graham, lace monique d/b/a LACE MONIQUE GRAHAM caretaker/custodian who is a person under legal disability a women who is bankrupt lost at sea ,she is moving in a very *unbecoming* manner belligerent and hostile in character with

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

harmful intent and purpose and has used the court of colorable admiralty and maritime law to obtain or enforce judgements contrary to equity, good conscience and good reasoning against the libellant in the past and im endangered of my private maritime rights as the Moor beneficiary and my rights are in jeopardy of being destroyed in the present and future. Wherein any said Plaintiff has any unfair advantage at law over the Complainant, whereby she makes the court of colorable maritime law an instrument of injustice. For her breach of faith I hereby declare that graham, lace monique d/b/a LACE MONIQUE GRAHAM caretaker/custodian is no longer a beneficiary of my estate nor a beneficiary or protected person/vessel under the RAMAEL BLACKWELL EL TRUST , *It is So Written, So Shall It Be Done "Equity does not aid the volunteer"*. I todd, ronnie ramael Moor/grantee/grantor/guardian/captain/commander of el, lila ramaya, beneficiary of the registered organization names NOT NAMED GRAHAM, LILA RAMAYA EL appointed Persons Worthy of Trust for the well-being of her persons or her property in good reason and good conscience having been bound to do, for this reason this court is given maritime jurisdiction over the persons and estates of minors, under legal disability. For I todd, ronnie ramael a private people called Moor/grantee/grantor/guardian/commander/captain/emperor/seaman/father who has attained the age of majority in personam **"Always"** Who is *Sui Juris* I am the father, parens patriae, and next friend, for el, lila ramaya, beneficiary of the registered organization names NOT NAMED GRAHAM. My name is within her. I redeem her and have a just right to claim her (propria vigore) on my own authority, she is mine. She is born through promise. She is a child of the Most-High. This bill is filed for her benefit and all my known/unknown heir/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over el, lila ramaya registered organization names NOT NAMED GRAHAM, LILA RAMAYA EL. I DECLARE, I am her Moor grantee/grantor/guardian, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

If anyone DENIES, I DEMAND they:

Show "good" cause why I "do not" hold superior equitable maritime or legal title to el, lila ramaya, beneficiary of the registered organization names LILA RAMAYA EL and NOT NAMED GRAHAM, and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of el, lila ramaya, beneficiary of the registered organization names LILA RAMAYA EL and NOT NAMED GRAHAM estate is "not" absolute void, and as Moor grantee/grantor/beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to her estate.

- Show "good" cause why I "cannot" have el, lila ramaya, beneficiary of the registered organization names LILA RAMAYA EL and NOT NAMED GRAHAM estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to her.

### Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the relief against the destruction of rights in libel of an unborn offspring heir of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry.

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Your Orator also calls into question the intentions of the named libelee graham, lace monique d/b/a LACE MONIQUE GRAHAM caretaker/custodian who is a person under legal disability a women bankrupt ship lost at sea,she is moving in a very ***unbecoming*** manner belligerent and hostile in character act and deed and has used the court of colorable admiralty and maritime law to obtain or enforce judgements contrary to equity in admiralty and maritime jurisdiction by nature, good conscience and good reasoning against the claimant/libellant in the past and im endangered of my private rights as the Moor beneficiary and my rights are in jeopardy of being destroyed in libel in the present and future. Wherein any said Libellant has any unfair advantage at law over the Claimant/libellant, whereby she makes the court of law an instrument of injustice. For her breach of faith I hereby declare that graham, lace monique d/b/a LACE MONIQUE GRAHAM caretaker/custodian a women a bankrupt ship lost at sea is no longer a beneficiary of my estate nor a beneficiary or protected person/vessel under the RAMAEL BLACKWELL EL TRUST , ***It is So Written, So Shall It Be Done "Equity does not aid the volunteer"***. I todd, ronnie ramael a private people called Moor/grantee/grantor/guardian of the el, land ramari, Moor beneficiary of the registered organization LAND RAMARI EL and do appoint this court as people bound by oath to be Persons Worthy of Trust for the well-being of el, land ramari Moor beneficiary in good reason and good conscience having been bound to do, for this reason this court is given maritime jurisdiction over the persons and estates of minors, under legal disability. For I todd, ronnie ramael a people called Moor/grantee/grantor/guardian/commander/emperor/merchant who has attained the age of majority in personam **"Always"** Who is *Sui Juris* I am the fat-her, parens patriae, and next friend, for el, land ramari Moor heir, beneficiary of the registered organization names LAND RAMARI EL. I redeem him and have a just right to claim her (propria vigore) on my own authority, el, land ramari beneficiary heir is mine. and is born through promise. He is a child of the Most-High. This bill is filed for his benefit and all my known/unknown heirs/beneficiaries that have an interest under the decree. I am clothed with proprietary rights over el, land ramari heir registered organization names LAND RAMARI EL. I DECLARE, I am his Moor grantee/grantor/guardian/seaman/emperor/fat-her, for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/offsprings through my seaman is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles (Gal 4) (Treaty of Tunis 1797 ARTICLE II, III, V, XX..)

If anyone DENIES, I DEMAND they:

Show "good" cause why I "do not" hold superior equitable maritime or legal title to el, land ramari heir, beneficiary of the registered organization names (not yet named), and that it's "not" a sacred trust.

- Show "good" cause why any presumed administration of el, land ramari heir, beneficiary of the registered organization names LAND RAMARI EL estate is "not" absolute void, and as a People called Moor grantee/grantor/beneficiary/guardian, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable maritime assets and debts due to his/her estate.

- Show "good" cause why I "cannot" have el, land ramari heir, beneficiary of the registered organization names LAND RAMARI EL estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to his/her.

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being

rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s)privateers, (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in libel beyond repair in the future because my rights have already been destroyed in contravention in the past and present by the following *"People who are bound by oath to be Persons Worthy of Trust"* driggs, leonore d/b/a LEONORE DRIGGS arcadia biltmore justice court judge/privateer and holliday, kevin d/b/a KEVIN HOLLIDAY #017276 attorney/next of friend/esquire/privateer et al., They are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable admiralty Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *"Equity does not aid the Volunteer".*

The venue called **ARCADIA BILTMORE JUSTICE COURT "legal fiction"** Oxymoron and unmoored is improper *NON-SUBSTANTIVE DUE PROCESS OF WAR "In Fact" and its People who are bound by oath to be Persons Worthy of Trust* are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. These proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and it is very clear that there exists a Conflict of Law and Variance. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an *"ipso jure" a Private People called Moor and Subject of the Al Maroc Shereefian Empire.* The above named *Persons Worthy of Trust* are clearly citizens of the united states for the district of columbia which makes them Enemy belligerent Privateers masquerading as Citizens of united states of north america and they continued to move against the Moor in a very *unbecoming* Hostile manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator *"in Fact"* Denied all these Scandalous allegations.

driggs, leonore arcadia biltmore justice court judge et al., and holliday, kevin attorney/next of friend/esquire et al., were appointed as *People who are bound by oath to be Persons Worthy of Trust* and was issued a *Deed of Conveyance* on special deposit with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties in contravention by stepping outside the boundary lines exceeding the 10 x 10 square mile breaching 1789

Page 24

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. Furthermore driggs, leonore did acknowledge that your Orator *"In Fact"* has a Special Title and is a Moor People of the Moor Estate consequently she also admits "in fact" that she has an oath she has to follow that is contrary to the oath or oaths she took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very *unbecoming* of her character act and deed. driggs, leonore entered in letters of marque/reprisal against my property "RAMAEL EL" in contavention with *the intent and purpose of molesting me, my vessel and my persons/property in a so-called eviction/foreclosure action in contravention through acts of war called Letters of marque/reprisal knowingly and admittingly through legal compulsion.* The above named Persons Worthy of Trust realize and hereby understands that i am egressed perpetually in the *Dominions of the Al Maroc Shereefian Empire* and have the unalienable private maritime right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and People bound by oath to be Persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable maritime attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action. I todd, ronnie ramael, a private people called Moor grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered. *"Equity does not aid the Volunteer"*

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime jurisdiction by nature law of nations towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s)/privateers (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable maritime and admiralty quasi in rem military legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in the admiralty and maritime jurisdiction by nature by this court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future because my rights have already been destroyed in the past and present in contravention by the following *"People who are bound by oath to be Persons Worthy of Trust"* penzone, paul d/b/a PAUL PENZONE maricopa county

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

sheriff/privateer et al., and williams, jeri l. d/b/a JERI L. WILLIAMS chief of phoenix police department/privateer et al., they are guilty of breaching faith *unbecoming* in character act and deed by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable admiralty Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *"Equity does not aid the Volunteer".*

On December 8th 2021 in the early morning and August 3rd 2022 I was confederated against and detained/captured and seized by christian enemy crewman cruisers importing and exporting my vessel as cargo outside of enemy lines and shipped and received in enemy ports subjected to bottomry in the warehouse of the enemy ship through assaults and beatings on the High Seas and elsewhere by willer, blake d/b/a BLAKE WILLER badge #10328 phoenix police officer/privateer et al., and altneu, matthew d/b/a MATTHEW ALTNEU badge #11073 phoenix police officer/privateer et al., fuentes lomeli, leslie d/b/a LESLIE FUENTES LOMELI badge #11528 phoenix police officer/privateer et al, johnson, tanner d/b/a TANNER JOHNSON badge #10563 phoenix police officer/privateer et al, and narbaez, roman d/b/a ROMAN NARBAEZ badge #8988 phoenix detective/privateer et al., a People who is bound by oath to be Persons Worthy of Trust" after I gave officers actual notice of my special and particular political status as a People called Moor which is a direct breach of their fiduciary duties as Trustees pursuant to *1789 constitution of the united states Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II* to Protect and render aid to me and my vessels as a People called Moor and also protect People who are Citizens of the united states of america in congress assembled. The officers stated they knew who Moors are and committed blasphemy treason on the High Seas against me by calling me a sovereign citizen which is very *unbecoming and slanderous* of them in character act and deed. I am currently in fear of my life because an appeal to arms was made against me as a Moor without a year notice for me to get my property and myself to safe place causing a shock to my conscience and not being able to pass and repass amongst the christians and jews as the 1492 Treaty of Grenada clearly expresses and I am the Moor beneficiary and my natural maritime rights are being irreparably destroyed **"In Fact" in libel** by unbecoming hostile and belligerent citizens of the united states for the district of columbia in clear breach of 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI. I as a People called Moor calls into question the Intent and Purpose of penzone, paul d/b/a PAUL PENZONE maricopa county sheriff/privateer et al., a People bound by oath to be a Persons worthy of trust because he was given notice of my status in the form of a writ of quia timet sent to him by registered mail and failed to give notice of my *Special and Particular Political Status* as a Moor to his co-Trustees who works under him and allowing them to detain beat and assault using letters of marque/reprisal to Confederate against a Moor in a hostile and belligerent manner which is very *unbecoming* of him in character act and deed *"He who occasions the loss must bear the burden" "Equity Imputes an Intent to fulfill an obligation". As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the People bound by oath to be Persons worthy of Trust named in this statement of cause, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable maritime attachment is collateral security in the form of an equitable maritime mortgage with all rights to assign as a choice in this action. I todd, ronnie ramael, a private people called Moor grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and maritime, demands for equal justice to be rendered in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including,

but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered in the exclusive admiralty and maritime jurisdiction laws of nations. *"Equity does not aid the Volunteer"*

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against defendant(s)/libelee(s)/privateers seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following *"People who are bound by oath to be Persons Worthy of Trust"* martin, donna d/b/a DONNA MARTIN provost marshal general of the army of the united states/privateer et al Heirs and Assigns., and roscoe, douglas anthony jr d/b/a DOUGLAS ANTHONY ROSCOE JR d/b/a DOUG DUCEY arizona governor/privateer et al., they are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed "Equity does not aid the Volunteer".*

I todd, ronnie ramael a private people called Moor/americas aboriginal manahatan (new yorker) national A Noble, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states(confederacy),* and Subject of the Al Maroc Shereefian Empire. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

conceived by *unbecoming* hostile enemy belligerent citizens of the united states for the district of columbia/privateers in character act and deed by the above named libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the 1492 Treaty of Grenada and 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI, *1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. Equity imputes an intent to fulfill an obligation*, *"Equity sees as done as what ought to be done"*. There has been a clear breach of fiduciary relations, Breach of fiduciary relations, and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. *Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity must come with clean hands" He who occasions the loss must bear the burden"*.

## Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in contravention in the future because my rights have already been destroyed in the past and present in libel by the following privateers christian enemies in breach of 1789 constitution Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II. *"People who are bound by oath to be Persons Worthy of Trust"* martin, donna d/b/a DONNA MARTIN provost marshal general of the army of the united states et al, and garland, merrick d/b/a MERRICK GARLAND attorney general of the united states et al., saul, andrew d/b/a ANDREW SAUL commissioner of social security administration et al.,yellen, janet louise d/b/a JANET LOUISE YELLEN treasurer of the united states et al., blinken, antony d/b/a ANTONY BLINKEN secretary of state of the united states et al., haaland, debra anne d/b/a DEBRA ANNE HAALAND secretary of interior of the united states et al., rettig, charles paul d/b/a CHARLES PAUL RETTIG commissioner of internal revenue et al., mayorkas, alejandro d/b/a ALEJANDRO MAYORKAS secretary of homeland security et al., brnovich, mark d/b/a MARK BRNOVICH arizona attorney general et al., eisele, brett d/b/a BRETT EISELE central pinal justice court precinct 3 judge et al., tingling, milton adair d/b/a MILTON ADAIR TINGLING new york county clerk/supreme court clerk et al., james, letitia d/b/a LETITIA JAMES attorney general et al., lundfelt, geoff d/b/a GEOFF LUNDFELT chief executive officer et al., kadisha, neil d/b/a NEIL KADISHA chief executive officer et al., brutinel, robert d/b/a ROBERT BRUTINEL chief justice of the supreme court et al., gooday, henry jr d/b/a HENRY GOODAY JR pinal county superior court judge et al., mitchell, chelsea d/b/a CHELSEA MITCHELL prosecutor/attorney et al., mcdermott, thomas d/b/a THOMAS MCDERMOTT prosecutor/attorney et al., lamb, mark d/b/a MARK LAMB pinal county sheriff et al.,dejoy, louis d/b/a LOUIS DEJOY postmaster general et al., rosado, rossana d/b/a ROSSANA ROSADO new york secretary of state et al., stringer, scott m. d/b/a SCOTT M. STRINGER new york city comptroller et al., dinapoli, thomas d/b/a THOMAS DINAPOLI new york state comptroller et al., johnson, janet d/b/a JANET JOHNSON clerk of the arizona supreme court et al., ward, jasmine k. d/b/a JASMINE K WARD caretaker/custodian a women a bankrupt ship lost at sea., padilla, rebecca d/b/a REBECCA PADILLA clerk of the pinal county superior court et al., snow, grant murray d/b/a GRANT MURRAY SNOW chief judge of the district court of the united states et al., lucas, debra d/b/a DEBRA LUCAS clerk of the district court of the united states et al., driggs, leonore d/b/a LEONORE DRIGGS arcadia biltmore justice court judge et al., hull, andrew m. d/b/a ANDREW M. HULL #004153, holliday, denise d/b/a DENISE HOLLIDAY #017275 holliday, kevin d/b/a KEVIN HOLLIDAY #017276 schlaback, matthew r. d/b/a MATTHEW SCHLABACH #034118 attorneys/next of friend et al.,richer,stephen d/b/a STEPHEN RICHER maricopa county recorder et al., williams, jeri.l d/b/a JERI L. WILLIAMS chief police of phoenix police department et al., willer, blake d/b/a BLAKE WILLER Badge # 10328 police officer et al., altneu, matthew d/b/a MATTHEW ALTNEU Badge # 11073 police officer et al., penzone paul d/b/a PAUL PENZONE maricopa county sheriff et al., drakulich, gene d/b/a GENE DRAKULICH reno municipal court judge et al., cheuvront, ken d/b/a KEN CHEUVRONT justice court judge et al., roberts, ann d/b/a ANN ROBERTS prosecutor et al., staggs, bruce d/b/a BRUCE STAGGS justice court judge et al., riggs, tammy d/b/a TAMMY RIGGS reno municipal court judge et al., o'neill, shelly d/b/a SHELLY O'NEILL reno municipal court judge et al., mccarthy, barbara d/b/a BARBARA MCCARTHY municipal court judge et al., ray, jordan d/b/a JORDAN RAY (highland) justice court judge et al., watts, donald d/b/a DONALD WATTS manistee justice court judge et al., begay, deborah d/b/a DEBORAH BEGAY moon valley justice court judge et al., cook, eddie d/b/a EDDIE COOK maricopa county tax assessor et al., haymore, brent a d/b/a BRENT A HAYMORE benson police officer et al., graham, lace monique d/b/a LACE MONIQUE GRAHAM caretaker/custodian a women a bankrupt ship lost at sea., and roscoe, douglas anthony jr d/b/a DOUGLAS ANTHONY ROSCOE JR d/b/a DOUG DUCEY arizona governor et al. and roark, patricia d/b/a PATRICIA ROARK vice president et al., **DUNLAP & MAGEE/LA TERRAZA**

**APARTMENTS** et al.fuentes lomeli, leslie d/b/a LESLIE FUENTES LOMELI badge #11528 phoenix police officer/privateer et al, johnson, tanner d/b/a TANNER JOHNSON badge #10563 phoenix police officer/privateer et al, and narbaez, roman d/b/a ROMAN NARBAEZ badge #8988 phoenix detective/privateer et al., Heirs and Assigns are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations as pirates/privateers and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defence, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed "Equity does not aid the Volunteer".*

The above mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas breached maritime treaty relations, breached fiduciary relations and breached trust relations my private rights have been irreparably destroyed beyond repair in libel Their actions are demonstrably erroneous and unbecoming in nature character act and deed.  There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i'm a Moor Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. *Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been irreparably destroyed in the past, present and future."Equity follows the law" He who comes into equity  must come with clean hands" He who occasions the loss must bear the burden".*

### Statement of the Cause

I todd, ronnie ramael a Private People called Moors/grantee/grantor/beneficiary hereby require demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in the Articles of Confederation 1781 is already in breach of faith because its people who are bound by oath to be persons worthy of trust allowed the committee of states to go to war with a private People called Moors intentionally using DixieCrats aka Democrats

allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I as the Lord of the Land Air and Water the Moor Subject of the Al Maroc Shereefian Empire am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten miles square. So I command snow, grant murray d/b/a GRANT MURRAY SNOW chief judge/ acting as chancellor/master to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the Subjects of the Al Maroc Shereefian Empire the moment they claim to be Moors I demand they be immediately released and set at liberty for I never gave permission or consent for any of my Subjects/Beneficiaries to be naturalized or members of any one of the United States. My Subjects are under Me as I am Emperor in my own right for I will never entertain the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states ; " *the law of the country shall take place and Equal Justice shall be rendered".*

*I also demand the following named Moor subjects be immediately released and set at liberty*

*Immediately release and set the following named Moor beneficiary vessels goods and chattels at liberty attaway, joseph II d/b/a JOSEPH ATTAWAY II inmate trust #* 7288097

*Immediately release and set at Liberty his vessels, goods and chattel Moor beneficiary johnson, terrence d/b/a TERRENCE JOHNSON inmate trust #* 72385054 and trust case # **7:15-cr-00634-CS, 7:2015mj02052**

*Immediately release and set liberty his vessels, goods and chattel Moor beneficiary duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL JR trust (Case) #* **8:03-cr-00131-SCB-M P** *currently in district court of the united states for florida middle district*

### **Substantive Due Process of War**

**Treaty with Algiers September 5, 1795**

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past**

### **ARTICLE YE 15th**

*Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.* **Breached in the past** (A Trust arises)

### **ARTICLE YE 19th**

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner.* **Breached in the past** (A Trust arises)

## ARTICLE 3.

*If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners.* **Breached in the past** (A Trust arises)

**ARTICLE 12.**, *In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same;* **Breached in the past** (A Trust arises)

**1786/1836 Treaty of Marrakech**

*Article II. If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**Article V.** *If either of the Parties shall be at War, and shall meet a Vessel at Sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, and if any Gun shall be Bred and injury done without Reason, the offending Party shall make good all damages.* **Breached in the Past**

**6.** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* **Breached in the past** (A Trust arises)

**7.** *If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation.*

*If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.* **Breached in the past** **Breached in the past** (A Trust arises)

**Article XI.** *If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow untill twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports.-be their enemies Moors or Christians.* **Breached in the Past**

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

**Article X.** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.* **"Breached in the past"…**

**Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.* **"Breached in the past"…**

**Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.* **"Breached in the past"…**

**Article XX.** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

**Article XVI.** *In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties.* **Breached in the Past**

**Article XV.** *Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less.***Breached in the Past**

**Article XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.*

### Exodus 24:12 10 Commandments Breached in the past

*"You shall have no other gods before me.*

**4** *"You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below. 5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the*

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*parents to the third and fourth generation of those who hate me, 6 but showing love to a
thousand generations of those who love me and keep my commandments.*

**7** *"You shall not misuse the name of the Lord your God, for the Lord will not hold anyone
guiltless who misuses his name.*

**8** *"Remember the Sabbath day by keeping it holy. **9** Six days you shall labor and do all your work,
**10** but the seventh day is a sabbath to the Lord your God. On it you shall not do any
work, neither you, nor your son or daughter, nor your male or female servant, nor your
animals, nor any foreigner residing in your towns. **11** For in six days the Lord made the
heavens and the earth, the sea, and all that is in them, but he rested on the seventh day.
Therefore the Lord blessed the Sabbath day and made it holy.*

**12** *"Honor your father and your mother, so that you may live long in the land the Lord your God
is giving you.*

**13** *"You shall not murder.*

**14** *"You shall not commit adultery.*

**15** *"You shall not steal.*

**16** *"You shall not give false testimony against your neighbor.*

**17** *"You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his
male or female servant, his ox or donkey, or anything that belongs to your neighbor. "*

*whenever a right grows out of or is protected by treaty, it is sanctioned against all
the laws and judicial decisions of the states; and whoever may have this right is protected.
But if the person's title is not affected by the treaty, if he claims nothing under the treaty his
title can not be protected by the treaty.*

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of
the contract between the two nations is to be demanded from the executive of each nation;
but where a treaty affects the rights of parties litigating in court, the treaty as much binds
those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do
treaties, in general, become extinguished, ipso facto, by war between two governments.
Those stipulating for a permanent arrangement of territorial and other national rights, are,
at most, suspended during the war, and revive at the peace, unless they are waived by the
parties, or new and repugnant stipulations are made. This being a fact and question in law
which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties
litigating in court, thats treaty as much binds those rights, and is as much to be regarded
by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an
executive act, would be a direct infraction of that law, consequence, improper*

*The stipulations in a treaty between the United States and a foreign power, are paramount
to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a person by the betrayal of his
confidence. Such an act is a sort of treason against good faith and shocks the conscience of
all mankind. (Henry R. Gibson)*

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

In Conclusion for the breach of faith/breach of treaty relations, and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor Subjects of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the 1871 organic act, the District of Columbia code etc. As Emperor Knowhere in the constitution did I state that the Constitution Trust Manifesto was perpetual it's very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor Subjects of an Empire *"He who occasions the loss must bear the burden"* I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, and the united states of america in congress assembled and its 1789 constitution of united states is **Void** *Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, 1781 articles of confederation, Equity imputes an intent to fulfill an obligation, Equity see what is done as ought to be done.*

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.*

## Statement of the Cause

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 X 10 square mile with the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which was agreed *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows: 1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo Breached in the past.2. We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it Breached in the past. 3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty hath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and*

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

*directions of the tenth article hereafter mentioned **breached in the past**. 4. The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament herein after mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe breached in the past.***

The united states for the district of columbia has become a complete nuisance their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. *"It is so Written so Shall it Be done ASE"*

## Statement of the Cause

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Interrupt or destroy *libellants* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *libelants* for indemnity or satisfaction, on behalf of another,"**under legal compulsion**."

5. Subject *Libellant's* *"under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

6. Treating *libellant* as a belligerent and national of a designated enemy country.

7. Subjecting *libellant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding libellant against possible or prospective injuries, and to preserve the means by which *libellant's* existing maritime rights may be protected from future or contingent violations and breach.

8. Endangering *libellant*, implied equitable maritime surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The certificate of Title of special deposit has been issued to the trustees and been delivered.

10. I have been desized their is a breach of reliance my special deposit has been taken and never has it been applied to the accounting i have been wronged *"Equity delights in Equality"*

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Your orator requires this court to issue a ***Writ of QUIA TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *Defendants/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united  states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Complainant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the todd, ronnie ramael for any breach of faith in contravention, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

***Maxim: A Judge ought always to have Equity before his eyes***

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex. Further the libellant does notice that this cause is in accordance with the soul, intent and purpose of the 1910 rules of the supreme court of the united states of Admiralty and Maritime, and that Respondents are believed to be governed exclusively in accordance with the intent of the Rules of Admiralty and Maritime of same. *Stand by what has been decided, and do not disturb what is settled.*

### Demand for Special and General Relief

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a. Acknowledgement of todd, ronnie ramael a people called Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "RONNIE RAMAEL TODD," "RAMAEL BLACKWELL EL" establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses,goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Claimant, todd, ronnie ramael, is "in fact" a private people called Moor, americas aboriginal manahatan (new yorker) national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the most favored Nation; and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

f. Decree a special evidentiary hearing with the special clerk and master to present private   proprietary confidential evidence in support

g. Decree any other General and Special Relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just. Your orator requires you to issue a decree declaring Libellant todd, ronnie ramael a private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

h. Your orator requires your Honor issue a decree *pro confesso* for all libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances. Injunctive relief to prevent a party plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

i. Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian for and on behalf of todd, ryan ramael, Moor beneficiary of the registered organization trust vessel name RYAN RAMAEL TODD estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to todd, ryan ramael, beneficiary, be restored to your orator.

(1) Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/seaman/admiral/emperor/fat-her for and on behalf of el, lila ramaya, beneficiary of the registered organization trust vessel name LILA RAMAYA EL and NOT NAMED GRAHAM estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to el, lila ramaya, beneficiary, be restored to your orator.

(2) Decree that your orator be a private people called Moor grantee/grantor/beneficiary/guardian/seaman/admiral/emperor/fat-her for and on behalf of el, land ramari heir, beneficiary of the registered organization name LAND RAMARI EL estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to my unborn offspring beneficiary, be restored to your orator.

j. Decree that anyone acting as a People who is bound by oath to be Persons worthy of Trust, shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and debts due to Libellant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant todd, ronnie ramael Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit; That the Libellant todd, ronnie ramael, a private people called Moor heir/beneficiary and shall have the right to claim, as grantee absolute, 999,999 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for Moor aborigine descendants, shall be set aside and recorded in the name of the RAMAEL BLACKWELL EL TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named todd, ronnie ramael, his heirs and beneficiaries. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

k. That any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested, that Libellant makes equitable maritime claim to; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties. That perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states

l. That perpetual Injunctive relief shall issue against all classes of libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the Citizens of the United States of North America and the Subjects of the Al Maroc Shereefian Empire;

m. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

n. Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o. Injunctive relief be granted to perpetually inhibited libelee(s) from the assertion of any presumed right, and perpetually restrained libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

p. Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q. Injunctive relief be granted to perpetually inhibited defendant(s)/libellant, or anyone acting as a People who is bound by oath to be Persons worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable admiralty grounds for attachment exist, state it.

r. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he-demands for, and may be entitled to, and that the proper final process shall issue; That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

All People who are bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties. *I Love You All*

### *Equity regards the beneficiary as the true owner*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: _august 13th_ , 20_22_.

By:_todd ronnie ramael Moor/Merchant/beneficiary_

**todd, ronnie ramael** *grantee/grantor/heir/beneficiary*
a private people called Moor /americas aboriginal new yorker national, ingress in arizona
"*but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled.*"

ramaelel17@gmail.com
**Special deposit , Private, Priority**

**WITNESSES**

_ridley christine Monroe_
**Print Witness** *beneficiary*

_Blackwell Jerome_
*Rior beneficiary*

*Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*